[No. 14288-1-II. Division Two. February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. THERON PETRINA, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00080-2, Michael G. Spencer, J., entered September 24, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 13615-5-II. Division Two. February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. KENT TONY LANDOM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02494-4, Donald H. Thompson, J., entered January 16, 1990. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 10964-0-III. Division Three. February 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART WAYNE LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01571-5, Harold D. Clarke, J., entered June 22, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.